LISANNE BUTTERFIELD
Oregon Bar No. 913683
*lbutterfield@CarrButterfield.com*
CARR BUTTERFIELD, LLP
6650 SW Redwood Lane, Suite 220
Portland, OR 97224
Telephone:  503-635-5244
Fax:  503-635-2955
Attorney for Petitioner Mark C. Creason

## UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| **MARK C. CREASON,** | Case No.: 1:23-cv-00394-NYW-KLM |
| Petitioner, | **(UNOPPOSED) ORDER CONFIRMING ARBITRATION AWARD** |
| v. | |
| **COLORADO FINANCIAL SERVICE CORPORATION, a Colorado corporation,** | |
| Respondent. | |

On February 10, 2023, Petitioner Mark C. Creason filed with this Court his *Petition for Order Confirming Arbitration Award* (the "Petition") pursuant to the Federal Arbitration Act, 9 U.S.C. § 9. The Petition seeks an order and judgment confirming the Arbitration Award issued on September 15, 2022, in Financial Industry Regulatory Authority ("FINRA") Arbitration Case No. 21-01299, captioned *Mark C. Creason v. Colorado Financial Service Corporation.*

Respondent *Colorado Financial Service Corporation*, having been duly served and having no objection to the Petition, as evidenced in the attached Declaration of Lisanne M. Butterfield filed herewith, and in consideration of the above and all other supporting documents,

**CARR BUTTERFIELD, LLP**
6650 SW Redwood Lane, Suite 220
Portland, OR 97224
Telephone:  (503) 635-5244
Facsimile:  (503) 635-2955

IT IS HEREBY ORDERED that the Petition is GRANTED and the Arbitration Award dated September 15, 2022, in *Mark C. Creason v. Colorado Financial Service Corporation,* FINRA Arbitration Case No. 21-01299, a true and correct copy attached hereto as Exhibit A and incorporated by reference herein, is CONFIRMED in its entirety.

IT IS FURTHER ORDERED that the above-captioned case is hereby terminated and dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

DATED _____

_____

**CARR BUTTERFIELD, LLP**
6650 SW Redwood Lane, Suite 220
Portland, OR 97224
Telephone:  (503) 635-5244
Facsimile:  (503) 635-2955