IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00394-NYW-KLM

MARK C. CREASON,

    Petitioner,

v.

COLORADO FINANCIAL SERVICE CORPORATION, a Colorado corporation,

    Respondent.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Confirming Arbitration Award of United States District Judge Nina Y. Wang entered on June 12, 2023 [Doc. 10], it is

    ORDERED that the Petition for Order Confirming Arbitration Award [Doc. 1] is GRANTED.  It is

    FURTHER ORDERED that the arbitration award issued on September 15, 2022, in FINRA Arbitration Case No. 21-01299, captioned *Mark C. Creason v. Colorado Financial Service Corporation* [Doc. 1-1], is CONFIRMED in its entirety.  It is

    FURTHER ORDERED that this case is DISMISSED with prejudice, with each Party bearing its own attorneys' fees and costs.

Dated at Denver, Colorado this 12th day of June, 2023.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Emily Buchanan
        Emily Buchanan, Deputy Clerk